**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | ***ELECTRONICALLY FILED*** |
| LOLAND T. HALL, | ) | Case No. 12-12099-13 |
| HELEN A. HALL, | ) | |
| Debtor(s). | ) | |
| ________________________________ | ) | |

**OBJECTION TO PROOF OF CLAIM #12 OF CAPITAL RECOVERY GROUP, LLC**

COMES NOW the Debtors, Loland and Helen Hall, by and through their attorney, Petra H. Johnson of Bruce, Bruce & Lehman, L.L.C. and for their objection to Proof of Claim No. 12, filed by Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC, states:

1. Debtors commenced their case in this district on August 2, 2012.

2. Effective December 1, 2011, Federal Rule of Bankruptcy Procedure 3001 was amended to require creditors holding claims based on open-end or revolving consumer credit agreements to include the last account statement sent to the debtor prior to the filing of the petition to be included with the proof of claim.

3. According to Capital Recovery Group, LLC's proof of claim, it is based on a charge/credit card.

4. A claim based on a credit card is a claim based on an "open-end or revolving consumer credit agreement." *See In re Balko*, 348 B.R. 684, 690 (W.D. Pa. 2006).

5. As Capital Recovery Group, LLC's proof of claim failed to include the information required by newly amended F.R.B.P. 3001(c)(1) it should be disallowed.

WHEREFORE, the Debtors, Loland and Helen Hall, request the Court disallow Capital Recovery Group, LLC's proof of claim as set for above, and for such other relief

as the Court deems just and proper, including the relief as permitted under newly enacted F.R.B.P. 3001(c)(2)(D).

Respectfully submitted,

BRUCE, BRUCE & LEHMAN, L.L.C.
*S/ Petra H. Johnson*
PETRA H. JOHNSON, #17159
P.O. Box 75037
Wichita, KS 67275-5037
(316) 264-8000 / FAX 316-267-4488
Pjohnson@ksadvocates.com
Attorney for Loland and Helen Hall

## NOTICE OF OBJECTION DEADLINE AND HEARING

YOU ARE HEREBY notified that if no objection to the Objection to Capital Recovery Group, LLC's Claim #12 is filed in writing with the Clerk of the U.S. Bankruptcy Court by April 30, 2013, an order shall be prepared and filed by the debtors' attorney.

If a written objection is timely filed with the Clerk of the U.S. Bankruptcy Court, a hearing will be scheduled before the U.S. Bankruptcy Court, Room 167, 401 N. Market, Wichita, Kansas, 67202 on May 8th, 2013 at 10:30 a.m.

*S/ Petra H. Johnson*
PETRA H. JOHNSON
Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on this April 9, 2013, copies of the **Objection to Proof of Claim #12 of Capital Recovery Group, LLC,** was served as shown on the Notice of Electronic Filing generated by the Clerk's office, at the filing of this document.

**Notice Has Been Delivered by regular, U.S. Mail to**:

Capital Recovery Group, LLC
Attention: Nichlas P. Spallas
Dept 3203
PO Box 123203
Dallas, TX 75312-3203

*S/ Petra H. Johnson*
PETRA H. JOHNSON