**SO ORDERED.**

**SIGNED this 14th day of May, 2013.**

Robert E. Nugent
United States Chief Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | ***ELECTRONICALLY FILED*** |
| LOLAND T. HALL, | ) | Case No. 12-12099-13 |
| HELEN A. HALL, | ) | |
| Debtor(s). | ) | |
| ___________________________________ | ) | |

**ORDER GRANTING OBJECTION TO CAPITAL RECOVERY GROUP'S PROOF OF CLAIM (CLAIM NO. 12)**

This matter comes on regularly for hearing on debtor's objection to Proof of Claim No. 12 filed by Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC. Debtors, Loland and Helen Hall, appear by and through their attorney, Elizabeth A. Carson of Bruce, Bruce & Lehman, L.L.C. The Standing Chapter 13 Trustee, Laurie B. Williams, appears in person.

After being well and duly advised in the premises, the Court finds that:

1. Debtors commenced their case in this district on August 2, 2012.

2. Effective December 1, 2011, Federal Rule of Bankruptcy Procedure 3001 was amended to require creditors holding claims based on open-end or revolving consumer credit agreements to include the last account statement sent to the debtor prior to the filing of the petition to be included with the proof of claim.

8

3. According to Capital Recovery Group, LLC's proof of claim, it is based on a charge/credit card.

4. A claim based on a credit card is a claim based on an "open-end or revolving consumer credit agreement." *See In re Balko*, 348 B.R. 684, 690 (W.D. Pa. 2006).

5. As Capital Recovery Group, LLC's proof of claim failed to include the information required by newly amended F.R.B.P. 3001(c)(1) it should be disallowed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that claim number 12 filed by Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC. is disallowed.

# # #

APPROVED:

BRUCE, BRUCE & LEHMAN, L.L.C.
S/ *Elizabeth A. Carson*
ELIZABETH A. CARSON, #11356
P.O. Box 75037
Wichita, KS 67275-5037
Phone: (316) 264-8000
Fax: (316) 267-4488
Attorney for Debtor

S/ *Laurie B. Williams*
LAURIE B. WILLIAMS, #12868
300 W Douglas, Ste 650
Wichita, KS 67202
Phone: (316) 267-1791
Standing Chapter 13 Trustee